IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SHEKEH TYKENN JACKSON, #50836-037 | * | |
|     Petitioner | * | |
| | * | |
|     v | * | Civil Action No. DKC-12-2332 |
| | * | |
| UNITED STATES OF AMERICA | * | |
|     Respondent | * | |
| | *** | |

## MEMORANDUM OPINION

    Self-represented Petitioner Shekeh Tykenn Jackson, an inmate at FCI Fort Dix, is petitioning under 28 U.S.C. § 2241 for his immediate placement in a Residential Reentry Center (RRC).[1] He states his request for a six-month placement was improperly denied by the Warden, he is in the process of exhausting his administrative remedies, and "[c]onsidering time is short, continuing with administrative remedies is futile." *Id*. For relief, he asks this court to order FCI Fort Dix staff to grant him a 6-12 month placement in a RRC.

    Courts may grant a writ of habeas corpus "within their respective jurisdictions." 28 U.S.C. § 2241(a). As a general rule, petitions under § 2241 must be filed in the judicial district where a petitioner is in custody. *See* 28 U.S.C. §2241(a); *see also Braden v.* 30th Judicial Circuit, 410 U.S. 484, 495-500 (1973); *In re Jones*, 226 F.3d 328, 332-333 (4th Cir. 2000). No facts are presented here to suggest an exception is warranted. Jackson is in the custody of the Warden, FCI Fort Dix, and that facility is located in the District of New Jersey. In light of Jackson's claims that time is of the essence and exhaustion of his administrative remedies would be futile, the court will transfer this case to the United States District Court for the District of New Jersey.[2] A separate Order follows.

September 4, 2012                                            _____/s/_____
Date                                                              DEBORAH K. CHASANOW
                                                                            United States District Judge

---

[1] Petitioner has also filed for leave to proceed in forma pauperis. (Paper No. 2). The Court will not rule on this motion, so that the transferee court may examine and rule on it in accordance with that court's local practice.

[2] The address is Mitchell H. Cohen Building and U.S. Courthouse, Room 1050, Camden, N.J. 08101. The telephone number is (856) 757-5021.